# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-20180

United States Court of Appeals
Fifth Circuit

**FILED**
June 15, 2020

Lyle W. Cayce
Clerk

In the Matter of: DAVID C. RUSSELL

      Debtor

JANNA F. RUSSELL,

      Appellant

v.

DAVID C. RUSSELL,

      Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-01971

Before WIENER, GRAVES, and WILLETT, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5th Cir. R. 47.6.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.